IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS BAILEY, III
ADC #148850                                                                    PETITIONER

V.                        CASE NO. 4:19-CV-222-JM-BD

STATE OF ARKANSAS                                                              RESPONDENT

## ORDER

The Court has carefully reviewed the Recommended Disposition filed by Magistrate Judge Beth Deere. Petitioner Thomas Bailey has not filed any objections to the Recommendation. After careful consideration, this Court adopts the Recommendation as its own.

Mr. Bailey's petition for writ of habeas corpus (Docket No. 1) is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 3rd day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE