IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THOMAS BAILEY, III
ADC #148850                                                                                    PETITIONER

V.                            CASE NO. 4:19-CV-222-JM-BD

STATE OF ARKANSAS                                                                              RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

IT IS SO ORDERED, this 3rd day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE